FRED C. TRIMBEY, Appellant, *v.* CENTRAL NEW YORK TELEPHONE AND TELEGRAPH COMPANY, Respondent.

*Trimbey* v. *Central N. Y. Telephone & Telegraph Co.*, 147 App. Div. 919, affirmed.

(Argued October 28, 1913; decided November 25, 1913.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth

judicial department, entered December 7, 1911, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at. a Trial Term in an action to recover for personal injuries · alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*M. W. Lay* for appellant.

*James F. Hubbell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WERNER, WILLARD BARTLETT, CHASE, COLLIN and MILLER, JJ. Dissenting: HISCOCK and HOGAN, JJ.